UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE COOPER TIRE & RUBBER COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:14-cv-00428-JGC <br><br> Judge James G. Carr |
| This Document Relates to: <br>     ALL ACTIONS | |

**DEFENDANTS' MOTION TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. SECTION 1404(a)**

The individual defendants, Roy V. Armes, Bradley Hughes, Thomas P. Capo, Steven M. Chapman, John J. Holland, John F. Meier, Cynthia A. Niekamp, John H. Shuey, Richard L. Wambold, and Robert D. Welding, and nominal defendant Cooper Tire & Rubber Company hereby move, pursuant to 28 U.S.C. § 1404(a), for an order transferring this action to the United States District Court for the District of Delaware, where a first-filed securities class action is already pending, as well as a related shareholder derivative action. The cases in Delaware involve the same alleged facts and the same parties as here. The proofs in the Delaware cases will likely be the same as the proofs here, as will the discovery. The Delaware court will need to invest time and public resources becoming familiar with the actions and conducting pretrial proceedings. This Court should not be required to duplicate that effort.

The interest of justice weighs in favor of resolving these related cases in the Delaware court. The Court should transfer this consolidated action, under 28 U.S.C. § 1404(a), to the United States District Court for the District of Delaware.

This motion is also supported by the declaration of Marjorie P. Duffy, one of the attorneys for individual defendants Roy V. Armes, Bradley Hughes, Thomas P. Capo, Steven M. Chapman, John J. Holland, John F. Meier, Cynthia A. Niekamp, John H. Shuey, Richard L. Wambold, and Robert D. Welding.

| | |
|---|---|
| Dated:  May 2, 2014 | Respectfully submitted, |
| | s/ Geoffrey J. Ritts<br>Geoffrey J. Ritts<br>(Ohio Bar Registration No. 0062603)<br>E-mail:  gjritts@jonesday.com<br>Adrienne Ferraro Mueller<br>(Ohio Bar Registration No. 0076332)<br>E-mail:  afmueller@jonesday.com<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br>Telephone:    (216) 586-3939<br>Facsimile:    (216) 579-0212 |
| | Marjorie P. Duffy<br>(Ohio Bar Registration No. 0083452)<br>E-mail:  mpduffy@jonesday.com<br>Jones Day<br>325 John H. McConnell Blvd., Suite 600<br>Columbus, Ohio 43216-5017<br>Telephone:    (614) 469-3939<br>Facsimile:    (614) 461-4198 |
| | *Attorneys for Individual Defendants Roy V. Armes, Bradley Hughes, Thomas P. Capo, Steven M. Chapman, John J. Holland, John F. Meier, Cynthia A. Niekamp, John H. Shuey, Richard L. Wambold, and Robert D. Welding* |

-3-

        s/ Amanda Martinsek
        Amanda Martinsek
        (Ohio Bar Registration No. 0058567)
        E-mail:  amartinsek@tmlpa.com
        Thacker Martinsek LPA
        2330 One Cleveland Center
        1375 E. 9th Street
        Cleveland, Ohio 44114-1190
        Telephone:   (216) 456-3852
        Facsimile:    (216) 456-3862

*Attorney for Nominal Defendant Cooper Tire & Rubber Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. Section 1404(a) was filed electronically on May 2, 2014.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ Marjorie P. Duffy
*One of the Attorneys for Individual Defendants Roy V. Armes, Bradley Hughes, Thomas P. Capo, Steven M. Chapman, John J. Holland, John F. Meier, Cynthia A. Niekamp, John H. Shuey, Richard L. Wambold, and Robert D. Welding*

COI-1503276v2