## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID BUI, *et al.*, derivatively on behalf of COOPER TIRE & RUBBER COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ROY V. ARMES, *et al.*, <br><br> Defendants, <br><br> and <br><br> COOPER TIRE & RUBBER COMPANY, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) C.A. No. 1:14-cv-01272-RGA ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS' MOTION TO STAY PROCEEDINGS OR, IN THE ALTERNATIVE, TO DISMISS THE CONSOLIDATED COMPLAINT

Defendants, through their undersigned counsel, hereby move the Court to stay this action or, in the alternative, to dismiss the Verified Consolidated Shareholder Derivative Complaint (the "Complaint") under Rule 23.1 of the Federal Rules of Civil Procedure.

As set forth in the accompanying memorandum of law, this action should be stayed because a first-filed, parallel pending securities action is the predicate for the vast majority of the damages alleged here. If the case is not stayed, the Complaint should be dismissed under Rule 23.1 because of plaintiffs' unexcused failure to make a pre-suit demand on the board of directors of Cooper Tire & Rubber Company.

Counsel for defendants aver pursuant to Local Rule 7.1.1 that they have made a reasonable effort to reach agreement with the plaintiffs with respect to defendants' motion to stay, but were unable to reach an agreement.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Geoffrey J. Ritts<br>Adrienne Ferraro Mueller<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114-1190<br>Tel:  (216) 586-3939 | By:    */s/ John A. Sensing*<br>    Stephen C. Norman (Del. Bar No. 2686)<br>    John A. Sensing (Del. Bar No. 5232)<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, Delaware  19899-0951<br>    Tel:  (302) 984-6178 |
| Marjorie P. Duffy<br>Jones Day<br>325 John H. McConnell Blvd., Suite 600<br>P.O. Box 165017<br>Columbus, Ohio  43216-5017<br>Tel:  (614) 469-3939 | *Attorneys for Individual Defendants Roy V. Armes, Bradley Hughes, Thomas P. Capo, Steven M. Chapman, John J. Holland, John F. Meier, Cynthia A. Niekamp, John H. Shuey, Richard L. Wambold, and Robert D. Welding* |
|  | PEPPER HAMILTON LLP |
|  | By:    */s/ M. Duncan Grant*<br>    M. Duncan Grant (Del. Bar No. 2994)<br>    James H.S. Levine (Del. Bar No. 5355)<br>    Hercules Plaza, Suite 5100<br>    1313 North Market Street<br>    P.O. Box 1709<br>    Wilmington, Delaware  19899-1709<br>    Tel:  (302) 777-6500 |
| Dated:  October 8, 2014 | *Attorneys for Nominal Defendant Cooper Tire & Rubber Company* |

[1168399 / 40588-002]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John A. Sensing, hereby certify that on October 8, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

        By:   */s/ John A. Sensing*
               John A. Sensing (#5232)
               POTTER ANDERSON & CORROON LLP
               Hercules Plaza, 6th Floor
               1313 North Market Street
               P.O. Box 951
               Wilmington, Delaware  19899-0951
               (302) 984-6000
               jsensing@potteranderson.com

[1168193 / 40588-002]